UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-EASTERN DISTRICT

In the Matter of:

D.W. Builders Inc.

Case No. 05-63934
Chapter 7
Honorable Thomas J. Tucker

Debtor.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of **$360.62** represents the total sum of unclaimed dividends in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the Party entitled to these unclaimed dividends is as follows:

| | **(Creditor)** | **(Claim No.)** | **(Amount)** |
|---|---|---|---|
| 1. | Internal Revenue Service<br>SBSE/Insolvency Unit<br>P.O. Box 330500 Stop 15<br>Detroit, MI 48232 | **23** | $115.14 |
| 2. | SMEDE-Son Steel & Supply Inc.<br>P.O. Box 641078<br>Detroit, MI 48264 | **3** | $55.71 |
| **3.** | Empire Company Inc.<br>P.O. Box 673251<br>Detroit, MI 48267 | **9** | $23.12 |
| 4. | Detroit Forest Products Inc.<br>12707 Eckles Rd.<br>Plymouth, MI 48170 | **10** | $166.65 |
| | | **Total:** | **$360.62** |

Dated: December 13, 2010

/s/ Michael A. Stevenson (P37638)
Michael A. Stevenson, Trustee
Stevenson & Bullock, P.L.C.
26100 American Drive, Suite 500
Southfield, MI 48034
mstevenson@sbplclaw.com